# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DAVID CRAWFORD,
An individual,

        Case No.: 8:20-cv-01694-T-60AAS

    Plaintiff,

v.

ALLIED COLLECTION SERVICES, INC.
and TRANS UNION, LLC
a foreign liability company,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), and the Court's Track Two Notice [Doc. 4], I certify that the instant action:

  ___ IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below: _____

  _X_ IS NOT    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency.

  Dated: August 4, 2020

                              Respectfully submitted,

                              **SWIFT, ISRINGHAUS & DUBBELD P.A.**

                              /s/ *Jon P. Dubbeld*
                              **Aaron M. Swift, Esq., FBN 0093088**
                              **Jordan T. Isringhaus, Esq., FBN 0091487**
                              **Jon P. Dubbeld, Esq., FBN 105869**
                              10460 Roosevelt Blvd. North
                              Suite 313

Case 8:20-cv-01694-TPB-AAS   Document 5   Filed 08/04/20   Page 2 of 2 PageID 64

St. Petersburg, FL 33703  
Phone: (813) 563-8466  
Fax: (727) 255-5332  
aswift@swift-law.com  
jisringhaus@swift-law.com  
jdubbeld@swift-law.com  
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 4, 2020, I filed a true and correct copy of the above and foregoing *Plaintiff's Notice of Pendency of Other Actions* via CM/ECF and will serve a copy of the same to each party within fourteen (14) days of an appearance.

/s/ *Jon P. Dubbeld*  
Attorney