**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DAVID CRAWFORD,
An individual,

                                             Case No.: 8:20-cv-01694-T-60AAS

       Plaintiff,

v.

ALLIED COLLECTION SERVICES, INC.
and TRANS UNION, LLC
a foreign liability company,

       Defendant.

_____/

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following:

1.      The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all identifiable legal entities related to any party in the case

      a)     David Crawford (Plaintiff);

      b)     Aaron M. Swift, Esq., Jordan T. Isringhaus, Esq., and Jon P. Dubbeld, Esq. for Swift, Isringhaus & Dubbeld, P.A. "Swift Law P.A." (Counsel of record for Plaintiff);

      c)     Allied Collection Services, Inc. and Trans Union, LLC (Defendants);

2.      The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

Plaintiff is not aware of any other entity whose publicly-traded stock, equity, or debt may be affected by the outcome of these proceedings.

1

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditor's committee (or twenty largest unsecured creditors) in bankruptcy cases:

Plaintiff is not aware of any other entities at this time.

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Plaintiff, David Crawford

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.  I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Dated: August 4, 2020

Respectfully submitted,

**SWIFT, ISRINGHAUS & DUBBELD P.A.**

/s/ *Jon P. Dubbeld*

**Aaron M. Swift, Esq., FBN 0093088**
**Jordan T. Isringhaus, Esq., FBN 0091487**
**Jon P. Dubbeld, Esq., FBN 105869**
10460 Roosevelt Blvd. North
Suite 313
St. Petersburg, FL 33703
Phone: (813) 563-8466
Fax: (727) 255-5332
aswift@swift-law.com
jisringhaus@swift-law.com
jdubbeld@swift-law.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

2

I HEREBY CERTIFY that on August 4, 2020, I filed a true and correct copy of the above and foregoing via CM/ECF and I further certify that I will serve a copy of this *Certificate of Interested Persons and Corporate Disclosure Statement* upon each party not later than fourteen (14) days after appearance of the party.

/s/ *Jon P. Dubbeld*
Attorney